IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CECIL HOWARD A/K/A ALONZO WHITEHEAD : | |
| : | |
| Plaintiff, : | |
| : | CIVIL NO. 1:14-CV-78-WLS-TQL |
| VS. : | |
| : | |
| WARDEN ALAN CARTER, *et al.*, : | |
| : | 42 U.S.C. § 1983 |
| Defendants. : | |

**ORDER**

Plaintiff Cecil Howard, a/k/a Alonzo Whitehead, who is currently incarcerated at the Autry State Prison in Pelham, Georgia, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1.) By order of the Court on June 9, 2014, Plaintiff's case was dismissed pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g). (Doc. 10). Judgment was entered the same day. (Doc. 11).

Plaintiff thereafter filed a "Motion: Petitioner show connection with Campaign of harassment and the present" (Doc. 12), as well as a "Motion: Requested Exhibits" (Doc. 16). After review of the motions, the Court finds that Plaintiff is not entitled to the relief he seeks. Plaintiff's complaint has been dismissed and the case has been closed. It should be noted that Plaintiff appealed the Court's dismissal of his case which was dismissed by the Eleventh Circuit on July 24, 2014, for Plaintiff's failure to pay the filing and docketing fees. (Doc. 17). Finding no reason to grant Plaintiff's pending motions in this case, said Motions are **DENIED.**

SO ORDERED, this  8th  day of October, 2014.

/s/ W. Louis Sands
W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT